# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:05CR62

USA

vs.

JASON SHERRARD JOHNSON

**ORDER**

FILED
IN COURT
CHARLOTTE, N. C.

JUL 28 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

This 28 day of July, 2005.

/s/ Robert J. Conrad Jr.
United States District Judge

cc: All counsel